IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANITA LYNN FREEMAN | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 1343, 1349, 1028A(a)(1), and 2 |

COUNT ONE

**Wire Fraud**
**(Upon the Individual Indian Money Account of A.B.)**

The Grand Jury Charges:

1.    The Charge.

Between on or about August 27, 2020, and on or about January 25, 2021, in the District of North Dakota,

RANITA LYNN FREEMAN

during a continuous course of conduct did, individually, and by aiding and abetting, with intent to defraud, voluntarily and intentionally devise and participate, and intend to devise and participate, and attempt to voluntarily and intentionally devise and participate, in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds;

2. <u>The Scheme</u>.

North Dakota resident and Three Affiliated Tribes member, A.B., was the target of a wire fraud scheme. Between on or about August 27, 2020, and on or about January 25, 2021, RANITA LYNN FREEMAN (hereafter "FREEMAN") contacted individuals employed, as contractors, with the Bureau of Trust Funds Administration ("BTFA"), Fort Berthold Agency, falsely stated that she was A.B, and provided employees of the BTFA with A.B.'s means of identification, including A.B.'s name, date of birth, Individual Indian Money ("IIM") account number, and social security number. FREEMAN contacted the BTFA, and falsely pretended to be A.B., to fraudulently obtain money from A.B.'s IIM account.

Thereafter, during this period, while falsely pretending to be A.B., FREEMAN contacted the BTFA, provided the BTFA with A.B.'s means of identification, and fraudulently requested the following monetary disbursements from A.B.'s IIM account, as noted below, which the BTFA processed by disbursing the funds to the below listed financial institutions and were transmitted by means of wire communications:

| Date | Amount | Bank | Acct # (Last 4) |
|---|---|---|---|
| 8/27/2020 | $7,500.00 | Gate City Bank | 7664 |
| 1/21/2021 | $8,500.00 | Western State Bank | 6314 |
| 1/22/2021 | $8,500.00 | Western State Bank | 6314 |

Individuals with the initials T.V. and A.F. are the listed account holders for the above Gate City Bank account and individuals with the initials L.G. and D. G. are the listed account holders for the above Western State Bank account.

In violation of Title 18, United States Code, Sections 1343, 1349, and 2.

COUNT TWO

Wire Fraud
(Upon the Individual Indian Money Account of J.B.)

The Grand Jury Further Charges:

3. The Charge.

Between on or about January 1, 2023, and on or about April 30, 2023, in the District of North Dakota,

RANITA LYNN FREEMAN

during a continuous course of conduct did, individually, and by aiding and abetting, with intent to defraud, voluntarily and intentionally devise and participate, and intend to devise and participate, and attempt to voluntarily and intentionally devise and participate, in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representation, and promises were false and fraudulent when made, and did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds;

1. The Scheme.

North Dakota resident and Three Affiliated Tribes member, J.B., was the target of a wire fraud scheme. Between on or about January 1, 2023, and on or about April 30, 2023, RANITA LYNN FREEMAN (hereafter "FREEMAN") contacted individuals employed, as contractors and employees, with the Bureau of Trust Funds Administration ("BTFA"), Fort Berthold Agency, falsely stated that she was J.B, and provided

3

employees of the BTFA with J.B.'s means of identification, including J.B.'s name, date of birth, Individual Indian Money ("IIM") account number, and social security number. FREEMAN contacted the BTFA, and falsely pretended to be J.B., to fraudulently obtain money from J.B.'s IIM account.

Thereafter, during this period, while falsely pretending to be J.B., FREEMAN contacted the BTFA, provided the BTFA with J.B.'s means of identification, and fraudulently requested monetary disbursements from J.B.'s IIM account, as noted below, which the BTFA processed by disbursing the funds to the below listed financial institutions and were transmitted by means of wire communications:

| Date | Amount | Bank | Acct # (Last 4) |
|---|---|---|---|
| 3/10/2023 | $9,500.00 | Cornerstone Bank | 0656 |

Additionally, during this period, while falsely pretending to be J.B., FREEMAN contacted the BTFA, provided the BTFA with J.B.'s means of identification, and fraudulently requested monetary disbursements from J.B.'s IIM account, as noted below, which the BTFA did not process:

| Date | Amount | Bank | Acct # (Last 4) |
|---|---|---|---|
| 4/11/2023 | $15,000.00 | Cornerstone Bank | 0656 |

Ranita Freeman is the listed account holder for the above Cornerstone Bank account.

In violation of Title 18, United States Code, Sections 1343, 1349, and 2.

## COUNT THREE

**Aggravated Identity Theft**
**(Upon the Individual Indian Money Account of A.B.)**

The Grand Jury Further Charges:

Between on or about August 27, 2020, and on or about January 25, 2021, in the District of North Dakota,

RANITA LYNN FREEMAN

did knowingly possess and use, without lawful authority, a means of identification of another person, including the name, date of birth, social security number, and Individual Indian Money account information belonging to A.B., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely, wire fraud and attempted wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349, as alleged in Count One of the Indictment, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A(a)(1), 1343, and 1349.

## COUNT FOUR

## Aggravated Identity Theft
### (Upon the Individual Indian Money Account of J.B.)

The Grand Jury Further Charges:

Between on or about January 1, 2023, and on or about April 30, 2023, in the District of North Dakota,

RANITA LYNN FREEMAN

did knowingly possess and use, without lawful authority, a means of identification of another person, including the name, date of birth, social security number, and Individual Indian Money account information belonging to J.B., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely, wire fraud and attempted wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349, as alleged in Count Two of the Indictment, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A(a)(1), 1343, and 1349.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JJO/tmg